**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**JUANA SANCHEZ-FELICIANO,**

    **Plaintiff,**

      **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**CIVIL NO. 10-1932 (GAG)**

## ORDER

The Commissioner's Motion to Remand (Docket No. 20) is hereby **GRANTED**.

The court orders this case to be **REMANDED** for proceedings consistent with the Commissioner's representations at Page 2, Paragraph 2 of his motion.

The court further encourages counsel for the parties to agree to an amount of attorney's fees.

**SO ORDERED**.

In San Juan, Puerto Rico this 8th day of March, 2011.

*S/Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States District Judge